FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
04/14/26       1:31 pm
LINDA McCORMACK, CLERK
By:  Lisa McDaniel
DEPUTY CLERK

Certificate Number: 15725-ARE-CC-040838180



15725-ARE-CC-040838180

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 9, 2026, at 5:51 o'clock PM EDT, Charlotte Webb received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 9, 2026                    By:     /s/Eduardo Luis Verhelst Baena

                                         Name:   Eduardo Luis Verhelst Baena

                                         Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

1pg-otc