# Notice Recipients

District/Off: 0860–4          User: admin                    Date Created: 4/15/2026

Case: 4:26–bk–11469          Form ID: pdf08Ac               Total: 3


**Recipients of Notice of Electronic Filing:**

ust        U.S. Trustee (ust)         USTPRegion13.LR.ECF@usdoj.gov
tr         Hamilton M Mitchell        hamiltonmosesmitchell@gmail.com

                                                                          TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Charlotte Marie Webb       54 Windsor Drive        Maumelle, AR 72113

                                                                          TOTAL: 1