# Notice Recipients

District/Off: 0860–4          User: admin          Date Created: 4/15/2026

Case: 4:26–bk–11469          Form ID: 309A          Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Charlotte Marie Webb     54 Windsor Drive     Maumelle, AR 72113

ust     U.S. Trustee (ust)     Office Of U. S. Trustee     200 W Capitol, Ste. 1200     Little Rock, AR 72201

tr     Hamilton M Mitchell     Chapter 7 Panel Trustee     1204 N Polk St     Little Rock, AR 72205

7234576     BK OF AMER     POB 15026     WILMINGTON, DE 19801

7234577     BLITT AND GAINES P.C     775 CORPORATE WOODS PARKWAY     VERNON HILLS, IL 60061

7234580     CAP ONE AUTO     3901 DALLAS PKWY     PLANO, TX 75093

7234578     CAPITAL ONE     PO BOX 71083     CHARLOTTE, NC 28272–1083

7234579     CAPITAL ONE, N.A. SUCCESSORS BY MERGER TO     DISCOVER BANK     PO BOX 31293     SALT LAKE, UT 84131

7234581     CB INDIGO     PO BOX 4499     BEAVERTON, OR 97076

7234582     CCBANKCNG     7755 MONTGOMERY ROAD     STE 400     CINCINNATI, OH 45236

7234583     DISCOVERCARD     POB 15316     WILMINGTON, DE 19850

7234584     FEB/CREDFRSH     200 CONTINENTAL DRIVE     STE 401     NEWARK, DE 19713

7234585     JPMCB CARD     P.O BOX 6294     CAROL STREAMS, IL 60197

7234586     LVNV FUNDING     C/O RESURGENT CAPITAL SERVICES     PO BOX 1269     GREENVILLE, SC 29602

7234587     MIDLAND CRED     320 EAST BIG BEAVER SUITE 300     TROY, MI 48083

7234588     MIDLAND CREDIT MANAGMENT     320 EAST BIG BEAVER ROAD STE 300     TROY, MI 48083

7234589     MISSIONLNTAB     PO BOX 105286 SW # 1340     ATLANTA, GA 30348

7234590     TBOM CCI MC     14600 NORTHWEST GREENBRIER PARKWAY     BEAVERTON, OR 97006

7234591     WEB BANK/OM     215 SOUTH STATE STREET     SUITE 1000     SALT LAKE CITY, UT 84111

TOTAL: 19