Certificate Number: 14912-ARE-DE-040865774

Bankruptcy Case Number: 26-11469



14912-ARE-DE-040865774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2026</u>, at <u>3:53</u> o'clock <u>PM EDT</u>, <u>Charlotte Webb</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Arkansas</u>.

Date: <u>April 16, 2026</u>          By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>